# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ROBERT D. CHAMPION, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:18CV2045 RLW |
| ) | |
| ANDREW M. SAUL, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for Attorney's Fees (ECF No. 22). Plaintiff requests $7,687.86 in attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Defendant has filed a response indicating the parties have agreed to an award of $7,500 (ECF No. 23).

On March 5, 2020, the Court reversed the Commissioner's decision and remanded Plaintiff's case for further proceedings. Plaintiff now seeks attorney's fees in the amount of $7,687.86, which represents 37.1 hours of attorney work at $207.22 per hour. Defendant filed a response to Plaintiff's motion, stating he has no objection to an award of $7,500 as agreed by the parties, to be paid by the Social Security Administration.

In EAJA actions, the district court has the authority to award reasonable and necessary expenses associated with adjudicating a claim for social security benefits. *Kelly v. Bowen*, 862 F.2d 1333, 1335 (8th Cir. 1988). The Court finds that Plaintiff is entitled to EAJA fees in the amount of $7,500, payable to the Plaintiff as the prevailing party. *Astrue v. Ratliff*, 560 U.S. 586, 593 (2010) (holding that EAJA fees are payable to the prevailing party and may be subject to

offset to satisfy any pre-existing debt owed to the United States).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Attorney's Fees (ECF No. 22) is **GRANTED** in the amount of Seven Thousand Five Hundred Dollars ($7,500.00) to be paid by the Social Security Administration.

**IT IS FURTHER ORDERED** that said award shall be made payable to the Plaintiff and mailed to Plaintiff's attorney, David D. Camp, at 1285 Fern Ridge Parkway, Suite 120, St. Louis, MO 63141.

Dated this 19th day of May, 2020.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**